**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER AMENDING** |
| | ) | **CONDITIONS OF RELEASE** |
| vs. | ) | |
| | ) | |
| James Cody Mossett II, | ) | Case No. 1:13-cr-184-04 |
| | ) | |
| Defendant. | ) | |

On April 3, 2014, the court issued an order releasing defendant James Cody Mossett II subject to a number of conditions, including the conditions that he enroll in the Heartview Foundation's outpatient treatment program and that he reside at a Residential Facility to be designated by the Pretrial Services Officer. The Pretrial Services Officer has advised the court that defendant is nearing completion of Heartview's treatment program and that he has received positive reports from Heartview. The Pretrial Services Officer has further advised that defendant has secured a residence that the Pretrial Services Officer believes is suitable and that AUSA Rick Volk does not object to defendant being permitted to reside at that residence.

Accordingly, the court **ORDERS** defendants existing conditions of release **AMENDED** to remove the condition requiring defendant to reside at a Residential Facility and to replace it with the condition that:

> Defendant shall reside at a residence approved by the Pretrial Services Officer and not change this residence without prior approval of the Pretrial Services Officer.

All other previously imposed conditions of release remain in effect.

Dated this 20th day of February, 2015.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr., Magistrate Judge
                                                United States District Court